NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TODD C. NAYLOR, DOC #R38798,)
)
Appellant,)
)
v.)Case No. 2D19-134
)
STATE OF FLORIDA,)
)
Appellee.)
_____)

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Todd C. Naylor, pro se.


PER CURIAM.


Affirmed.


KELLY, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.